IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| BERNIECE A. BURSH, | § § § | |
| *Plaintiff,* | § § | SA-21-CV-00095-JKP |
| vs. | § § § | |
| SECURITY SERVICE FEDERAL CREDIT UNION, EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION, LLC, | § § § § § § | |
| *Defendants.* | § § | |

## ORDER

Before the Court in the above-styled cause of action is the Motion to Withdraw Appearance as Counsel for Experian Information Solutions, Inc. [#16] filed by Matthew A. Harper. Mr. Harper asks the Court for leave to withdraw as counsel of record for Experian Information Solutions, Inc., and indicates that Experian will continue to be represented by Sarah L. Rafie, who has already entered an appearance in this matter.

Ms. Rafie is not yet admitted to practice in the Western District of Texas. The record reflects that the Court granted her application to appear *pro hac vice* in this matter on March 12, 2021, but conditioned her status on her applying for admission and becoming licensed in the Western District of Texas within 180 days. It is this Court's practice to require co-counsel of record or a pending application for admission to the Western District of Texas to appear *pro hac vice*. Ms. Rafie has not yet submitted her application for admission. The Court will therefore deny Mr. Harper's motion without prejudice to refiling once Ms. Rafie does so.

**IT IS THEREFORE ORDERED** that Mr. Harper's Motion to Withdraw Appearance as Counsel for Experian Information Solutions, Inc. [#16] is **DENIED WTIHOUT PREJUDICE** to refiling upon Ms. Rafie's submission of her application for admission to this District.

SIGNED this 15th day of March, 2021.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE